CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 04 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| UNITED STATES OF AMERICA | ) | Criminal Action No. 7:06CR00035 |
|---|---|---|
|  | ) | Civil Action No. 7:12CV80511 |
| v. | ) |  |
|  | ) | **FINAL ORDER** |
| WILLIAM ALEXANDER SWING, II, | ) |  |
|  | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The government's motion to dismiss is **GRANTED**;

2. The defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 is **DENIED** and this action shall be **STRICKEN** from the active docket of the court; and

3. A certificate of appealability is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the defendant and all counsel of record.

ENTER: This 3rd day of June, 2013.

/s/ Glen E. Conrad
Chief United States District Judge