IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:06cr00035-2 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| WILLIAM A. SWING, II, | ) | United States District Judge |
| Petitioner. | ) | |

**ORDER**

This matter is before the court on Swing's motion (Dkt. No. 78) to voluntarily dismiss his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 75) and his motion to stay (Dkt. No. 76). Upon consideration of the motion, it is hereby ORDERED that the motion to voluntarily dismiss is GRANTED, Swing's § 2255 motion and motion to stay are DISMISSED without prejudice, and this action is STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send copies of this order to the parties.

Entered: October 3, 2016.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge